IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MANILAL MATHAI | : | NO. 20-437-1 |

**ORDER**

**AND NOW,** this 18 day of May, 2023, upon consideration of Mr. Mathai's Motion to Temporarily Modify Conditions of Probation to Permit Foreign Travel (Doc. No. 26) and the Government's response (Doc. No. 28), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Mr. Mathai's Motion (Doc. No. 26) is **DENIED.**

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
United States District Judge